UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRACE CONRAD TRUST, by and through
RITA M. LIECHTY, TRUSTEE of the Grace
N. Conrad Trust,

    Petitioner,

vs.                                                                                                          Case No. 05-70976

JAMES J. MORRISON and                                                          HON. AVERN COHN
JAMES J. MORRISON &
ASSOCIATES,

    Respondents.
_____/

## ORDER TRANSFERRING THIS CASE TO THE WESTERN DISTRICT OF MICHIGAN

    This is an action to confirm an arbitration award arising out of the purchase of viatical contracts.  After learning the contracts would not be paid, Petitioner and others filed an application to arbitrate before the National Association of Securities Dealers naming several defendants.  One of the defendants refused to arbitrate and filed an action in the United States District Court for the Western District of Michigan seeking a declaratory ruling as to arbitrability.  The district court ordered the parties to arbitration.  See USAllianz v. Southern Michigan Bancorp., 03-CV-369 (J. Bell).   The parties proceeded to arbitration where Petitioner received an award.  Petitioner filed a petition in the Branch County Circuit Court to enforce the arbitration award.  Respondents removed the case to this Court claiming federal question jurisdiction.  Petitioner then filed a motion to remand.

Upon review of the file, it is clear that this action belongs in the Western District of Michigan inasmuch as it was removed from the Branch County Circuit Court which is located in the Western District.  See 28 U.S.C. § 1441(a).  Accordingly, this matter is TRANSFERRED to the Western District of Michigan.

SO ORDERED.


Dated: July 1, 2005

   s/Avern Cohn                  
AVERN COHN
UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was sent to counsel of record on this date, July 1, 2005, by electronic and/or ordinary mail.

   s/Julie Owens                 
Case Manager, (313) 234-5160